EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re | |
|---|---|
| | 2011 TSPR 41 |
| Damián F. Planas Merced | 181 DPR ____ |

Número del Caso: TS 11,242

Fecha: 11 de marzo de 2011

Abogado de la Parte Peticionaria:

                Por derecho propio

Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Damián F. Planas Merced                    TS-11,242


RESOLUCION

San Juan, Puerto Rico, a 11 de marzo de 2011.

Examinada la *Moción en Cumplimiento de Orden y Solicitud de Reinstalación al Ejercicio de la Práctica de la Profesión de Abogado*, se autoriza su reinstalación únicamente al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                          Aida I. Oquendo Graulau
                          Secretaria del Tribunal Supremo